Recorded at the Request of and
to be returned when recorded to:
Jeffrey N. Pomerantz (State Bar No. 143717)
Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Telephone: 310.277.6910
Facsimile: 310.201.0760
E-mail:  jpomerantz@pszjlaw.com
         jdulberg@pszjlaw.com
         jlucas@pszjlaw.com

[Proposed] Counsel to Bradley D. Sharp, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>                    Debtor.<br><br>_____<br><br>BRADLEY D. SHARP, Chapter 11 Trustee,<br><br>                    Plaintiff,<br><br>        v.<br><br>KENNETH KLEIN, an individual and SHOSHANA SHRIFA KLEIN, an individual,<br><br>                    Defendants. | Case No.: 2:23-bk-10990-SK<br><br>Adv. Proc. Case No.: 2:23-ap-01167-SK<br><br>**[RECORDED] NOTICE OF PENDENCY OF ACTION**<br><br>**[LIS PENDENS]**<br><br>**[Code Civ. Proc. §§ 405.2, 405.4, 405.20]**<br><br>Real Property:<br>[306 N. Highland Ave, Los Angeles, CA 90036-2630]<br><br>[APN 5524-037-011]<br><br>[Los Angeles County]<br><br>**[NO HEARING REQUIRED]** |

DOCS_LA:349485.1 78512/001

**This page is part of your document - DO NOT DISCARD**



**20230375199**



Pages:
0006

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**06/08/23 AT 11:44AM**

| | |
|---|---:|
| FEES: | 34.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 109.00 |



**LEADSHEET**



202306080180033

00023507556



014111105

SEQ:
01

SECURE - Daily - Time Sensitive



**THIS FORM IS NOT TO BE DUPLICATED**

E535543


E13-20230608…29

Recording Requested By:

Jeffrey N. Pomerantz
Jeffrey W. Dulberg
John W. Lucas
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

and When Recorded Return To:

Jeffrey W. Dulberg
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

# NOTICE OF PENDENCY OF ACTION
## [LIS PENDENS]

DOCS_LA:349445.1 78512/001

Recorded at the Request of and
to be returned when recorded to:
Jeffrey N. Pomerantz (State Bar No. 143717)
Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Telephone: 310.277.6910
Facsimile: 310.201.0760
E-mail:  jpomerantz@pszjlaw.com
         jdulberg@pszjlaw.com
         jlucas@pszjlaw.com

[Proposed] Counsel to Bradley D. Sharp, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>                  Debtor.<br><br>BRADLEY D. SHARP, Chapter 11 Trustee,<br><br>                  Plaintiff,<br><br>      v.<br><br>KENNETH KLEIN, an individual and SHOSHANA SHRIFA KLEIN, an individual,<br><br>                  Defendants. | Case No.: 2:23-bk-10990-SK<br><br>Adv. Proc. Case No.: 2:23-ap-01167-SK<br><br>**NOTICE OF PENDENCY OF ACTION [LIS PENDENS]**<br>**[Code Civ. Proc. §§ 405.2, 405.4, 405.20]**<br><br>Real Property:<br>[306 N. Highland Ave, Los Angeles, CA 90036-2630]<br><br>[APN 5524-037-011]<br><br>[Los Angeles County]<br><br>**[NO HEARING REQUIRED]** |

DOCS_LA:349361.1 78512/001

**NOTICE IS GIVEN** that the above-entitled action, Case No. 2:23-bk-10990-SK, stating a real property claim as described in this notice was commenced on February 22, 2023, in the above-named court, and Bradley D. Sharp, has been appointed, authorized and acting chapter 11 trustee (the "Trustee") in the above-captioned bankruptcy case (the "Case") of Leslie Klein (the "Debtor" or "Klein"), the action is now pending in the above-named court.

The action affects title to real property situated in Los Angeles County, California legally described as **306 N. Highland Ave, Los Angeles, California, 90036-2630, Los Angeles County, Lot Number: 22 Tract No: 8320 as per Map recorded in Book 98, page 41 to 43 inclusive of Maps, APN: 5524-037-011** (the "Real Property"). This action is brought to avoid the fraudulent transfer of the Real Property from the Debtor to Kenneth Klein and Shoshana Shifra Klein, his son and daughter-in-law, and to recover the Real Property, or the value thereof, in accordance with 11 U.S.C. §§ 544 and 550.

Dated: June 7, 2023

PACHULSKI STANG ZIEHL & JONES LLP

By: /s/
Jeffrey N. Pomerantz
Jeffrey W. Dulberg
John W. Lucas
Attorneys for Bradley D. Sharp Chapter 11 Trustee

DOCS_LA:349361.1 78512/001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF PENDENCY OF ACTION [LIS PENDENS] [Code Civ. Proc. §§ 405.2, 405.4, 405.20]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **June 7, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 7, 2023 | Mary de Leon | /s/ Mary de Leon |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:349449.1 78512/001

ADDITIONAL MAILING INFORMATION FOR Adv. Case No.: 2:23-ap-01167-SK

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Kenneth Klein
306 N. Highland Ave
Los Angeles, CA 90036-2630

Shoshana Shrifa Klein
306 N. Highland Ave
Los Angeles, CA 90036-2630

Kenneth Klein
14245 Ventura Blvd., 3rd Floor
Sherman Oaks, CA 91423-2773

Shoshana Shrifa Klein
14245 Ventura Blvd., 3rd Floor
Sherman Oaks, CA 91423-2773

Guaranteed Rate Inc.
Attn: Victor Ciardelli, President and CEO
3940 N. Ravenswood
Chicago, IL 60613

Guaranteed Rate Inc.
c/o Lawyers Incorporating Service, as Agent for
Guaranteed Rate Inc.
Attn: Becky DeGeorge
2710 Gateway Oaks Drive
Sacramento, CA 95833-350

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*     **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:349449.1 78512/001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): **[RECORDED] NOTICE OF PENDENCY OF ACTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 8, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Reem J Bello**   rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Jeffrey W Dulberg**   jdulberg@pszjlaw.com
- **Robert P Goe**   kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **June 8, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 8, 2023 | Mary de Leon | /s/ *Mary de Leon* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:349493.1 78512/001

**ADDITIONAL MAILING INFORMATION FOR Case 2:23-ap-01167-SK**

2. **SERVED BY UNITED STATES MAIL**:

Kenneth Klein
306 N. Highland Ave
Los Angeles, CA 90036-2630

Shoshana Shrifa Klein
306 N. Highland Ave
Los Angeles, CA 90036-2630

Kenneth Klein
14245 Ventura Blvd., 3rd Floor
Sherman Oaks, CA 91423-2773

Shoshana Shrifa Klein
14245 Ventura Blvd., 3rd Floor
Sherman Oaks, CA 91423-2773

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                      **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:349493.1 78512/001