SIMON ARON (State Bar No. 108183)
    saron@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 West Olympic Boulevard, 9th Floor
Los Angeles, California 90064-1582
Telephone:      (310) 478-4100
Facsimile:      (310) 479-1422

Attorneys for Defendants Kenneth Klein and
Shoshana Shrifa Klein

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>        Debtor.<br>_____<br><br>BRADLEY d. SHARP, Chapter 11 Trustee,,<br><br>        Plaintiff,<br><br>    vs.<br><br>KENNETH KLEIN and SHOSHANA<br>SHRIFA KLEIN,<br><br>        Defendants. | Case No. 2:23-bk-10990-SK<br>Chapter 11<br><br>Adv No. 2:23-ap-01167-SK<br><br>**NOTICE OF WITHDRAWAL OF COURT DOCKET NUMBER 16**<br><br>Judge:      Sandra R. Klein |

1      **PLEASE TAKE NOTICE** that Defendants Kenneth Klein and Shoshana Shrifa Klein

2  (collectively the "Defendants"), by and through their counsel, are withdrawing Court Docket

3  Number 16 filed on July 25, 2023.  Defendants will re-file the document using the correct docket

4  event that matches the document.

5  DATED:  July 25, 2023                    Respectfully submitted,
                                            WOLF, RIFKIN, SHAPIRO,
6                                           SCHULMAN & RABKIN, LLP

7

8                                           By:        _/s/ Simon Aron_____

9                                                   SIMON ARON

10                                          Attorneys for Defendants Kenneth Klein and Shoshana Klein

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

11400 W. Olympic Blvd., 9ᵗʰ Floor, Los Angeles, CA 90064

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF WITHDRAWAL OF COURT DOCKET NUMBER 16** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 25, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Simon Aron**    saron@wrslawyers.com, moster@wrslawyers.com
- **Reem J Bello**    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Jeffrey W Dulberg**    jdulberg@pszjlaw.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Michael I. Gottfried**    mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
- **Michael S Kogan**    mkogan@koganlawfirm.com
- **Jeffrey P Nolan**    jnolan@pszjlaw.com
- **Nikko Salvatore Stevens**    nikko@cym.law, mandi@cym.law
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Clarisse Young**    youngshumaker@smcounsel.com, levern@smcounsel.com

☐  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) July 25, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) July 25, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 25, 2023 | John Narcise | /s/ John Narcise |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

3820686.1  This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                **F 9013-3.1.PROOF.SERVICE**