SIMON ARON (State Bar No. 108183)
    saron@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 West Olympic Boulevard, 9th Floor
Los Angeles, California 90064-1582
Telephone:    (310) 478-4100
Facsimile:     (310) 479-1422

Attorneys for Defendants Kenneth Klein and
Shoshana Shrifa Klein

**FILED & ENTERED**

**JUL 26 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY may         DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>    Debtor.<br><br>BRADLEY d. SHARP, Chapter 11 Trustee,,<br><br>    Plaintiff,<br><br>    vs.<br><br>KENNETH KLEIN and SHOSHANA SHRIFA KLEIN,<br><br>    Defendants. | Case No. 2:23-bk-10990-SK<br>Chapter 11<br><br>Adv No. 2:23-ap-01167-SK<br><br>**ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Date:    September 27, 2023<br>Time:   900 a.m.<br>Crtrm.:  1575<br><br>Judge:   Sandra R. Klein |

The Court, having considered the Parties' "Stipulation for Extension of Time for Defendant to Respond to Complaint," Docket #19, and good cause having been shown:

//

//

//

//

---

ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

IT IS HEREBY ORDERED THAT:

Defendants Kenneth Klein and Soshana Shrifa Klein time to respond to the complaint is extended from its current date of August 4, 2023, to September 1, 2023.

###

Date: July 26, 2023

Sandra R. Klein
United States Bankruptcy Judge