| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jeffrey N. Pomerantz (State Bar No. 143717)<br>Jeffrey W. Dulberg (State Bar No. 181200)<br>John W. Lucas (State Bar No. 271038)<br>Jeffrey P. Nolan (State Bar No. 158923)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067-4003<br>Telephone: 310.277.6910<br>Facsimile: 310.201.0760<br>E-mail:  jpomerantz@pszjlaw.com<br>E-mail:  jdulberg@pszjlaw.com<br>            jlucas@pszjlaw.com<br>            jnolan@pszjlaw.com<br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* [Proposed] Counsel to Bradley D. Sharp, Chapter 11 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>LESLIE KLEIN,<br><br><br><br><br>Debtor(s). | CASE NO.: 2:23-bk-10990-SK<br><br>ADVERSARY NO.: 2:23-ap-01167-SK<br><br>CHAPTER: 11 |
|---|---|
| BRADLEY D. SHARP, Chapter 11 Trustee,<br><br><br><br>Plaintiff(s),<br>vs.<br><br>KENNETH KLEIN, an individual and SHOSHANA SHRIFA KLEIN, an individual,<br><br><br>Defendant(s). | **REQUEST THAT THE CLERK ISSUE ANOTHER SUMMONS AND NOTICE OF STATUS CONFERENCE**<br><br>**[LBR 7004-1(a)(1)(B)]** |
| | No hearing required [LBR 9013-1(p)] |

**PLEASE TAKE NOTICE THAT** *(name of party)*  Bradley D. Sharp, Chapter 11 Trustee
requests that the clerk issue another Summons and Notice of Status Conference, for the reason(s) stated below. This request is made pursuant to LBR 9013-1(p), which allows the court to grant the request without a hearing.

☐ **A. ORIGINAL SUMMONS NOT TIMELY SERVED** [FRBP 7004(e)]

    1. A summons was issued and filed by the clerk as docket entry #2-1____ on *(date)* June 6, 2023  .

    2. The 7-day period to serve a summons ended on *(date)* _____.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2015*       Page 1      **F 7004-1.2.REQUEST.ANOTHER.SUMMONS**
DOCS_LA:349922.2 78512/001

3. The period to serve a summons ended without service of the summons on the following previously named parties:

   a. KENNETH KLEIN, an individual

   b. SHOSHANA SHRIFA KLEIN, an individual

   c. _____

4. Therefore, another summons ("alias summons") is needed.

☐ **B. NEW PARTY TO BE ADDED OR JOINED** [FRBP 7014, 7019, 7020]

1. Movant is: ☒ Plaintiff    ☐ Third-Party Plaintiff

2. Name of the party(ies) to be added or joined:

   a. KENNETH KOLEV KLEIN, aka KENNETH K. KLEIN, aka KEN KLEIN,

   b. SHOSHANA KLEIN, aka SHOSHANA S. KLEIN

   c. _____

3. The document that identifies the new party(ies) is filed as docket entry # 21 on (date) July 26, 2023:

   ☒ Amended Complaint

   ☐ Third-Party Complaint

4. Therefore, another summons is needed to serve the new party(ies).


Date: July 26, 2023          JEFFREY P. NOLAN
                             Print name of Movant or Attorney for Movant


                             /s/ Jeffrey P. Nolan
                             Signature of Movant or Attorney for Movant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2015*                    Page 2                    **F 7004-1.2.REQUEST.ANOTHER.SUMMONS**
DOCS_LA:349922.2 78512/001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA  90067

A true and correct copy of the foregoing document entitled: **REQUEST THAT THE CLERK ISSUE ANOTHER SUMMONS AND NOTICE OF STATUS CONFERENCE [LBR 7004-(1)(a)(1)(C)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* **July 26, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Simon Aron**    saron@wrslawyers.com, moster@wrslawyers.com
- **Reem J Bello**    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Jeffrey W Dulberg**    jdulberg@pszjlaw.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Michael I. Gottfried**    mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
- **Michael S Kogan**    mkogan@koganlawfirm.com
- **Jeffrey P Nolan**    jnolan@pszjlaw.com
- **Nikko Salvatore Stevens**    nikko@cym.law, mandi@cym.law
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Clarisse Young**    youngshumaker@smcounsel.com, levern@smcounsel.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On  July 26, 2023  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Sandar R. Klein
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1582 / Courtroom 1575
Los Angeles, CA 90012

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 26, 2023 | Rolanda Mori | /s/ Rolanda Mori |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2015*    Page 3    **F 7004-1.2.REQUEST.ANOTHER.SUMMONS**
DOCS_LA:349922.2 78512/001