United States Bankruptcy Court

Central District of California

Sharp,
    Plaintiff

Klein,
    Defendant

Adv. Proc. No. 23-01167-SK

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 26, 2023 | Form ID: pdf031 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | Goe Forsythe & Hodges LLP, 17701 Cowan, Suite 210, Irvine, CA 92614-6840 |
| intp | + | Kogan Law Firm, APC, Kogan Law Firm, APC, 11500 W. Olympic Blvd., Suite 400, Los Angeles,, CA 90064, UNITED STATES 90064-1525 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | | Bradley D. Sharp |
| intp | | Courtesy NEF |
| dft | | Kenneth Klein |
| dft | | Shoshana Shrifa Klein |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2023         Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2023 at the address(es) listed below:**

**Name**     **Email Address**

Clarisse Young
    on behalf of Interested Party Courtesy NEF youngshumaker@smcounsel.com  levern@smcounsel.com

Jeffrey P Nolan
    on behalf of Plaintiff Bradley D. Sharp jnolan@pszjlaw.com

District/off: 0973-2     User: admin     Page 2 of 2
Date Rcvd: Jul 26, 2023     Form ID: pdf031     Total Noticed: 2

| Name | Details |
|---|---|
| Jeffrey W Dulberg | on behalf of Plaintiff Bradley D. Sharp jdulberg@pszjlaw.com |
| Michael I. Gottfried | on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com |
| Michael S Kogan | on behalf of Interested Party Kogan Law Firm  APC mkogan@koganlawfirm.com |
| Nikko Salvatore Stevens | on behalf of Interested Party Courtesy NEF nikko@cym.law  mandi@cym.law |
| Reem J Bello | on behalf of Interested Party Goe Forsythe & Hodges LLP rbello@goeforlaw.com  kmurphy@goeforlaw.com |
| Robert P Goe | on behalf of Interested Party Goe Forsythe & Hodges LLP kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Simon Aron | on behalf of Defendant Shoshana Shrifa Klein saron@wrslawyers.com  moster@wrslawyers.com |
| Simon Aron | on behalf of Defendant Kenneth Klein saron@wrslawyers.com  moster@wrslawyers.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 11

```
 1  SIMON ARON (State Bar No. 108183)
       saron@wrslawyers.com
 2  WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
    11400 West Olympic Boulevard, 9th Floor
 3  Los Angeles, California 90064-1582
    Telephone:    (310) 478-4100
 4  Facsimile:    (310) 479-1422

 5  Attorneys for Defendants Kenneth Klein and
    Shoshana Shrifa Klein
 6
```

**FILED & ENTERED**

**JUL 26 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY may         DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>　　　　Debtor.<br><br>BRADLEY d. SHARP, Chapter 11 Trustee,,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KENNETH KLEIN and SHOSHANA SHRIFA KLEIN,<br><br>　　　　Defendants. | Case No. 2:23-bk-10990-SK<br>Chapter 11<br><br>Adv No. 2:23-ap-01167-SK<br><br>**ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Date:　　September 27, 2023<br>Time:　　900 a.m.<br>Crtrm.:　1575<br><br>Judge:　　Sandra R. Klein |

　　　　The Court, having considered the Parties' "Stipulation for Extension of Time for Defendant to Respond to Complaint," Docket #19, and good cause having been shown:

//

//

//

//

ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

IT IS HEREBY ORDERED THAT:

Defendants Kenneth Klein and Soshana Shrifa Klein time to respond to the complaint is extended from its current date of August 4, 2023, to September 1, 2023.

###

Date: July 26, 2023

Sandra R. Klein
United States Bankruptcy Judge