SIMON ARON (State Bar No. 108183)
  saron@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 West Olympic Boulevard, 9th Floor
Los Angeles, California 90064-1582
Telephone:    (310) 478-4100
Facsimile:    (310) 479-1422

Attorneys for Defendants KENNETH KLEIN and
SHOSHANA SHRIFA KLEIN

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>Debtor.<br><br>BRADLEY D. SHARP, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH KLEIN and SHOSHANA SHRIFA KLEIN,<br><br>Defendants. | Case No. 2:23-bk-10990-SK<br>Chapter 11<br><br>Adv No. 2:23-ap-01167-SK<br><br>**DEFENDANTS KENNETH KLEIN and SHOSHANA SHRIFA KLEIN ANSWER TO FIRST AMENDED COMPLAINT**<br><br>Date: September 27, 2023<br>Time: 9:00 a.m.<br>Courtroom: 1575<br><br>Judge: Hon. Sandra R. Klein<br><br>Action Filed:  June 6, 2023 |

Defendants KENNETH KLEIN and SHOSHANA SHRIFA KLEIN (collectively referred to as "**Defendants**"), hereby file their answer ("**Answer**") to Plaintiff  BRADLEY D. SHARP, Chapter 11 Trustee *First Amended Complaint for Avoidance and Recovery of Fraudulent Transfer [11 U.S.C. §§ 544 and 550; Cal. Civ. Code §3429.04(a)(1) and 3439.07].* [Doc. #21] (the **Complaint**") filed in the above-captioned adversary proceeding as follows:

**I.**

**GENERAL DENIAL**

Except as otherwise expressly admitted, Defendants deny each and every allegation of the

5228590.1
ANSWER OF KENNETH KLEIN AND SHOSHANA SHRIFA KLEIN TO FIRST AMENDED COMPLAINT

Complaint, including, without limitation, all allegations contained in the preamble, headings, or subheadings of the Complaint. Allegations in the Complaint to which no responsive pleading is required shall be deemed denied. Defendants expressly reserve the right to modify, amend or supplement their Answer as may be necessary.

## II.

## ANSWER TO COMPLAINT

1. **Paragraph 1:** Cross-Defendants are not required to admit or deny Paragraph 1 of the Cross-Complaint because it consists of legal conclusions and arguments, and contains no factual allegations.

2. **Paragraph 2:** Defendants generally deny the allegations of Paragraph 2 of the Complaint; Defendants are otherwise not required to admit or deny Paragraph 2 of the Cross-Complaint because it consists of legal conclusions and arguments, and contains no factual allegations.

3. **Paragraph 3:** Defendants generally deny the allegations of Paragraph 3 of the Complaint.

4. **Paragraph 4:** Defendants generally admit the allegations of Paragraph 4 of the Complaint.

5. **Paragraph 5:** Defendants admit that debtor, Leslie Klein (the "**Debtor**") caused a Grant Deed to be recorded concerning the real property commonly referred to as 306 N. Highland Avenue, Los Angeles, California 90036 (the "**Highland Property**") on or about February 21, 2021; Defendants generally deny the remaining allegations of Paragraph 5 of the Complaint.

6. **Paragraph 6:** Defendants generally admit the allegations set forth in Paragraph 6 of the Complaint.

7. **Paragraph 7:** Defendants are not required to admit or deny Paragraph 7 of the Complaint because it consists of legal conclusions and arguments, and contains no factual allegations.

8. **Paragraph 8:** Defendants admit the allegations of Paragraph 8 of the Complaint.

9. **Paragraph 9:** Defendants are not required to admit or deny Paragraph 10 of the

Complaint because it does not pertain to them. Cross-Defendants lack sufficient knowledge and information to form an opinion as to the truth of the allegations set forth in Paragraph 10 of the Complaint and on that basis deny same.

10. **Paragraph 10:** Defendants are not required to admit or deny Paragraph 10 of the Complaint because it does not pertain to them. Defendants lack sufficient knowledge and information to form an opinion as to the truth of the allegations set forth in Paragraph 10 of the Complaint and on that basis deny same.

11. **Paragraph 11:** Cross-Defendants are not required to admit or deny Paragraph 11 of the Complaint because it does not pertain to them.  Defendants lack sufficient knowledge and information to form an opinion as to the truth of the allegations set forth in Paragraph 11 of the Complaint and on that basis deny same.

12. **Paragraph 12:** Defendants lack sufficient knowledge and information to form an opinion as to the truth of the allegations set forth in Paragraph 12 of the Complaint and on that basis deny same.

13. **Paragraph 13:** Defendants admit the allegations of Paragraph 13 of the Complaint.

14. **Paragraph 14:** Defendants admit the allegations of Paragraph 14 of the Complaint.

15. **Paragraph 15:** Defendants admit the allegations of Paragraph 15 of the Complaint.

16. **Paragraph 16:** Defendants admit the allegations of Paragraph 16 of the Complaint.

17. **Paragraph 17:** Defendants admit the allegations of Paragraph 17 of the Complaint.

18. **Paragraph 18:** Defendants realleges and incorporates by reference their responses to the allegations set forth in Paragraphs 1 through 17 as thought fully set forth herein.

19. **Paragraph 19:** Defendants are not required to admit or deny Paragraph 19 of the Complaint because it does not pertain to them. Defendants lack sufficient knowledge and information to form an opinion as to the truth of the allegations set forth in Paragraph 19 of the Complaint and on that basis deny same.

20. **Paragraph 20:** Defendants are not required to admit or deny Paragraph 20 of the Complaint because it does not pertain to them. Defendants lack sufficient knowledge and information to form an opinion as to the truth of the allegations set forth in Paragraph 20 of the

Cross-Complaint and on that basis deny same.

21.    **Paragraph 21:** Defendants generally deny the allegations set forth in Paragraph 19 of the Complaint on the basis that Debtor had no legal, beneficial or other interest in the Highland Property.

22.    **Paragraph 22:** Defendants generally deny the allegations set forth in Paragraph 22 of the Complaint and on that basis deny same.

23.    **Paragraph 23:** Defendants generally deny the allegations set forth in Paragraph 23 of the Complaint on the basis that Debtor had no legal, beneficial or other interest in the Highland Property and Debtor received consideration from Defendants.

24.    **Paragraph 24:** Defendants admit that Kenneth Klein is a child of the Debtor, that Shoshana Shrifa Klein is the daughter-in-law of the Debtor, and otherwise deny the allegations set forth in Paragraph 24 of the Complaint.

25.    **Paragraph 25:** Defendants either lack sufficient knowledge and information to form an opinion as to the truth of the allegations set forth in Paragraph 25 of the Complaint and on that basis deny same.

26.    **Paragraph 26:** Defendants are not required to admit or deny Paragraph 26 of the Complaint because it consists of legal conclusions and arguments, and contains no factual allegations. Defendants further generally deny the allegations set forth in Paragraph 32 of the Complaint.

27.    **Paragraph 27:** Defendants realleges and incorporates by reference their responses to the allegations set forth in Paragraphs 1 through 26 as thought fully set forth herein .

28.    **Paragraph 28:** Defendants are not required to admit or deny Paragraph 28 of the Complaint because it consists of general descriptions of the pleading, legal conclusions and arguments and contains no factual allegations. Defendants further generally deny the allegations set forth in Paragraph 32 of the Complaint.

29.    **Paragraph 29:** Defendants realleges and incorporates by reference their responses to the allegations set forth in Paragraphs 1 through 28 as thought fully set forth herein.

30.    **Paragraph 30:** Defendants deny generally and specifically the allegations set forth

in Paragraph 30 of the Complaint.

31. **Paragraph 31:** Defendants lack sufficient knowledge and information to form an opinion as to the truth of the allegations set forth in Paragraph 31 of the Cross-Complaint and on that basis deny same.

32. **Paragraph 32:** Defendants are not required to admit or deny Paragraph 32 of the Complaint because it consists of legal conclusions, arguments and contains no factual allegations. Defendants further generally deny the allegations set forth in Paragraph 32 of the Complaint.

33. **Paragraph 33:** Defendants realleges and incorporates by reference their responses to the allegations set forth in Paragraphs 1 through 32 as thought fully set forth herein.

34. **Paragraph 34:** Defendants are not required to admit or deny Paragraph 342 of the Complaint because it consists of legal conclusions, arguments and contains no factual allegations. Defendants further generally deny the allegations set forth in Paragraph 34 of the Complaint.

**III.**

**AFFIRMATIVE DEFENSES**

1. **First Affirmative Defense (Failure to State a Claim):** The Complaint fails to state a claim upon which relief may be granted.

2. **Second Affirmative Defense (Statute of Limitations):** The Complaint is barred in whole or in part by applicable statutes of limitation.

3. **Third Affirmative Defense (Statute of Frauds):** The Complaint is barred in whole or in part by the statute of frauds.

4. **Fourth Affirmative Defense (Waiver):** The Complaint is barred in whole or in part by the doctrine of waiver.

5. **Fifth Affirmative Defense (Laches):** The Complaint is barred in whole or in part by the doctrine of laches.

6. **Sixth Affirmative Defense (Unclean Hands):** The Complaint is barred in whole or in part by the doctrine of unclean hands.

7. **Seventh Affirmative Defense (Good Faith for Value):** The Complaint is barred in whole or in part by Civil Code, § 3439.08 or any analogous state or federal statute or legal

doctrine.

8. **Eighth Affirmative Defense (Reasonably Equivalent Value):** The Complaint is barred in whole or in part by the defense of reasonably equivalent value.

9. **Ninth Affirmative Defense (Mistake of Law or Fact):** The Complaint is barred in whole or in part by a mistake of law or fact.

10. **Tenth Affirmative Defense (Offset):** The Complaint is barred in whole or in part by available offsets.

11. **Eleventh Affirmative Defense (Accord and Satisfaction):** The Complaint is barred in whole or in part by the accord and satisfaction defense.

12. **Twelfth Affirmative Defense (Unconscionability):** The Complaint is barred in whole or in part because of unconscionability.

13. **Thirteenth Affirmative Defense (Payment):** The Cross-Complaint is barred in whole or in part by the doctrine of payment.

14. **Fourteenth Affirmative Defense (Release):** The Complaint is barred in whole or in part because one or more claims have been released.

15. **Fifteenth Affirmative Defense (Failure to Mitigate Damages):** The Complaint is barred in whole or in part by Plaintiff's failure to mitigate damages.

16. **Sixteenth Affirmative Defense (Good Faith):** The Complaint is barred in whole or in part by the defense of good faith.

17. **Seventeenth Affirmative Defense (In Pari Delicto):** The Cross-Complaint is barred in whole or in part because the parties sit *in pari delicto*.

18. **Eighteenth Affirmative Defense (Excuse):** The Complaint is barred in whole or in part by the doctrine of excuse.

19. **Nineteenth Affirmative Defense (Law and Equity):** The Complaint is barred in whole or in part by principles of law and equity pursuant to Civil Code, § 3439.12 or any analogous state or federal statute or legal doctrine.

### RESERVATION OF RIGHTS

Cross-Defendants reserve all of their rights to pursue any and all counterclaims and cross-

claims against Cross-Complainant if they later determine that one or more such claims may exist.

**PRAYER**

WHEREFORE, Defendants respectfully pray for judgment as follows:

1. For dismissal of the Complaint;
2. For Plaintiff to take nothing on the Complaint;
3. For the costs of suit incurred herein; and
4. For such other and further relief as this Court deems just and proper.

DATED: September 1, 2023        WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP


By:    */s/ Simon Aron*
        SIMON ARON
Attorneys for Defendants Kenneth Klein and Shoshana Shrifa Klein

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

11400 W. Olympic Blvd., 9th Floor, Los Angeles, CA 90064

A true and correct copy of the foregoing document entitled (*specify*): **DEFENDANTS KENNETH KLEIN AND SHOSHANA SHRIFA KLEIN ANSWER TO FIRST AMENDED COMPLAINT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 1, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Simon Aron**    saron@wrslawyers.com, moster@wrslawyers.com
- **Reem J Bello**    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Jeffrey W Dulberg**    jdulberg@pszjlaw.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Michael I. Gottfried**    mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
- **Michael S Kogan**    mkogan@koganlawfirm.com
- **Jeffrey P Nolan**    jnolan@pszjlaw.com
- **Nikko Salvatore Stevens**    nikko@cym.law, mandi@cym.law
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Clarisse Young**    youngshumaker@smcounsel.com, levern@smcounsel.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) September 1, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) September 1, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 1, 2023 | John Narcise | /s/ John Narcise |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

3820686.1  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**