Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
Jeffrey P. Nolan (State Bar No.158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067-4003
Telephone: 310.277.6910
Facsimile: 310.201.0760
E-mail:   jdulberg@pszjlaw.com
              jlucas@pszjlaw.com
              jnolan@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>                    Debtor | Case No.: 2:23-bk-10990-SK<br><br>Chapter 11 |
| BRADLEY D. SHARP, Chapter 11 Trustee,<br><br>                    Plaintiff,<br><br>    v.<br><br>KENNETH KLEIN, aka KENNETH KOLEV KLEIN, aka KENNETH K. KLEIN, aka KEN KLEIN, an individual; SHOSHANA SHIFRA KLEIN, aka SHOSHANA KLEIN, aka SHOSHANA S. KLEIN, an individual,<br><br>                    Defendant(s). | Adv. Case No.: 2:23-ap-01167-SK<br><br>**NOTICE OF CONTINUED STATUS CONFERENCE**<br><br>Date:  June 12, 2024<br>Time:  9:00 a.m.<br>Place:  Courtroom 1575<br>            Edward R. Roybal Federal Building<br>                and Courthouse<br>            255 E. Temple Street<br>            Los Angeles, CA 90012<br><br>Judge: Honorable Sandra R. Klein |

**TO ALL PARTIES-IN-INTEREST:**

**PLEASE TAKE NOTICE THAT** on January 24, 2024, a status conference was held in the above-referenced matter.  The Court instructed counsel for Plaintiff to lodge and give notice of the continued Status Conference to be held on **June 12, 2024** at **9:00 a.m**. in Courtroom 1575 of the United States Bankruptcy Court for the Central District of California, Los Angeles Division, located at 255 East Temple Street, Los Angeles, California 90012.  The parties are instructed to file a Joint

LA:4864-7948-7373.5 78512.001

1  Status Report fourteen (14) days in advance of the Status Conference to advise the Court as to status

2  of the proceedings.

3  Dated:    January 25, 2023                    PACHULSKI STANG ZIEHL & JONES LLP

4

5                                              By    /s/ Jeffrey P. Nolan
                                                    Jeffrey W. Dulberg
                                                    John W. Lucas
6                                                   Jeffrey P. Nolan

7                                                   Counsel to Bradley D. Sharp,
                                                    Chapter 11 Trustee
8

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

LA:4864-7948-7373.5 78512.001

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled **NOTICE OF CONTINUED STATUS CONFERENCE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 25, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 25, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Via Federal Express*
Honorable Sandra Klein
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1582 / Courtroom 1575
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 25, 2024 | Sophia Lee | /s/ *Sophia Lee* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

LA:4864-7948-7373.5 78512.001

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Simon Aron**    saron@wrslawyers.com, moster@wrslawyers.com
- **Reem J Bello**    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Jeffrey W Dulberg**    jdulberg@pszjlaw.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Michael I. Gottfried**    mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
- **Michael S Kogan**    mkogan@koganlawfirm.com
- **Jeffrey P Nolan**    jnolan@pszjlaw.com
- **Nikko Salvatore Stevens**    nikko@cym.law, mandi@cym.law
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Clarisse Young**    youngshumaker@smcounsel.com, levern@smcounsel.com