**FILED & ENTERED**

**NOV 13 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY may         DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>Leslie Klein,<br><br><br><br>Debtor,<br><br>Bradley D. Sharp<br><br>Plaintiff,<br><br>Vs.<br><br>Kenneth Klein, Shoshana Shrifa Klein, Kenneth Kolev Klein<br><br>Defendant(s). | Case No.: 2:23-bk-10990-SK<br><br>Chapter: 11<br><br>Adversary No.: 2:23-ap-01167-SK<br><br>**SCHEDULING ORDER RE: MOTION FOR SUMMARY JUDGMENT**<br><br><br>Hearing Date: January 22, 2025<br>Hearing Time: 9:00 a.m.<br>Location: Courtroom 1575<br>           255 East Temple St.<br>           Los Angeles, CA 90012 |

//

//

//

- 1

On November 8, 2024, Chapter 11 Trustee Bradley D. Sharp filed a "Motion for Summary Judgment, or in the Alternative, Summary Adjudication . . . " (Motion).  Docket #47. After reviewing the Motion, the Court HEREBY ORDERS the following:

1. Oppositions to the Motion must be filed and served by November 27, 2024 at 12:00 p.m. (noon).
2. A reply, if any to an opposition must be filed and served by December 11, 2024 at 12:00 p.m. (noon).
3. No further briefing will be allowed or considered.
4. A hearing on the Motion will be held on Wednesday, January 22, 2025 at 9:00 a.m.

###

Date: November 13, 2024

Sandra R. Klein
United States Bankruptcy Judge

- 2 -