**FILED & ENTERED**

**DEC 05 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY may    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Leslie Klein,<br><br><br><br>Debtor,<br><br>Bradley D. Sharp<br><br>Plaintiff,<br><br>Vs.<br><br>Kenneth Klein, Shoshana Shrifa Klein, Kenneth Kolev Klein<br><br>Defendant(s). | Case No.: 2:23-bk-10990-SK<br><br>Chapter: 11<br><br>Adversary No.: 2:23-ap-01167-SK<br><br>**SCHEDULING ORDER RE: DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Date:  February 5, 2025<br>Time:  9:00 a.m.<br>Location: Courtroom 1575<br>              255 East Temple St.<br>              Los Angeles, CA 90012 |

On November 26, 2024, Defendants Kenneth Klein and Shoshana Shrifa Klein (Defendants), filed a "Defendants' Cross-Motion for Summary Judgment…" (Cross-Motion).  Docket #65.  The Court having reviewed the Cross-Motion and for good cause,

- 1 -

IT IS HEREBY ORDERED that a hearing on the Cross-Motion is set on February 5, 2025, at 9:00 a.m.  Appearances may be made in-person or via ZoomGov.

IT IS FURTHER ORDERED that Defendants must serve all required parties with this Order by 5:00 p.m. on December 6, 2024.

IT IS FURTHER ORDERED that any opposition to the Cross-Motion must be filed and served by December 18, 2024, at 12:00 p.m. (noon).

IT IS FURTHER ORDERED that any reply must be filed and served by December 31, 2024, at 12:00 p.m. (noon).

IT IS FURTHER ORDERED that no further briefing will be allowed or considered.

###

Date: December 5, 2024

Sandra R. Klein
United States Bankruptcy Judge