Jeffrey W. Dulberg (State Bar No. 181200 )
John W. Lucas (State Bar No. 271038)
Jeffrey P. Nolan (State Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
Email: jdulberg@pszjlaw.com
       jlucas@pszjlaw.com
       jnolan@pszjlaw.com

Attorneys for Plaintiff, Bradley D. Sharp,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>Debtor. | Case No. 23-01990-SK<br><br>Chapter 11<br><br>Adv No. 23-01167-SK |
| BRADLEY D. SHARP, Chapter 11 Trustee,,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH KLEIN aka KENNETH KOLEV KLEIN aka KENNETH K. KLEIN aka KEN KLEIN, an individual; SHOSHANA SHIFRA KLEIN, aka SHOSHANA KLEIN, aka SHOSHANA S. KLEIN, an individual,<br><br>Defendants. | **PROOF OF SERVICE:  (1) OBJECTION AND REQUEST TO STRIKE SECOND DECLARATION OF SHOSHANA KLEIN SUBMITTED IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' CROSS-MOTION [ECF Dkt. 103]; (2) OBJECTION AND REQUEST TO STRIKE SECOND AMENDED DECLARATION OF KENNETH KLEIN SUBMITTED IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, AND DEFENDANTS' CROSS-MOTION [ECF Dkt. 104]; (3)THIRD DECLARATION OF JEFFREY P. NOLAN IN SUPPORT OF PLAINTIFF'S REQUEST TO STRIKE PORTIONS OF THE (1) AMENDED SECOND DECLARATION OF KENNETH KLEIN, AND (2) SECOND DECLARATION OF SHOSHANA KLEIN, IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; AND IN OPPOSITION TO DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT [ECF Dkt. 105]; AND ( 4) OBJECTIONS AND REQUEST TO STRIKE PORTIONS OF THE SECOND DECLARATION OF ABRAHAM J. COLMAN SUBMITTED IN** |

LA:4937-1771-1376.1 78512.001

**OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; AND IN OPPOSITION TO DEFENDANTS' CROSS-MOTION [ECF Dkt 106]**

Hearing:

Date:  February 5, 2025
Time:  9:00 a.m.
Place:  Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Courtroom 1575
Los Angeles, CA 90012

Judge:  Honorable Sandra R. Klein

LA:4937-1771-1376.1 78512.001    2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067

On January 15, 2025, A true and correct copy of the foregoing documents entitled:

1. OBJECTION AND REQUEST TO STRIKE SECOND DECLARATION OF SHOSHANA KLEIN SUBMITTED IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' CROSS-MOTION [ECF Dkt. 103];

2. OBJECTION AND REQUEST TO STRIKE SECOND AMENDED DECLARATION OF KENNETH KLEIN SUBMITTED IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, AND DEFENDANTS' CROSS-MOTION [ECF Dkt. 104];

3. THIRD DECLARATION OF JEFFREY P. NOLAN IN SUPPORT OF PLAINTIFF'S REQUEST TO STRIKE PORTIONS OF THE (1) AMENDED SECOND DECLARATION OF KENNETH KLEIN, AND (2) SECOND DECLARATION OF SHOSHANA KLEIN, IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; AND IN OPPOSITION TO DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT [ECF Dkt. 105]; AND

4. OBJECTIONS AND REQUEST TO STRIKE PORTIONS OF THE SECOND DECLARATION OF ABRAHAM J. COLMAN SUBMITTED IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; AND IN OPPOSITION TO DEFENDANTS' CROSS-MOTION [ECF Dkt 106]

will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) January 15, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

    - Simon Aron    saron@wrslawyers.com, moster@wrslawyers.com;jlee@wrslawyers.com
    - Reem J Bello    rbello@goeforlaw.com, kmurphy@goeforlaw.com
    - Jeffrey W Dulberg    jdulberg@pszjlaw.com
    - Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com; goeforecf@gmail.com; Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
    - Michael I. Gottfried    mgottfried@elkinskalt.com, cavila@elkinskalt.com, lwageman@elkinskalt.com,docketing@elkinskalt.com,tparizad@elkinskalt.com
    - Jeffrey P Nolan    jnolan@pszjlaw.com
    - Nikko Salvatore Stevens    nikko@cym.law, karen@cym.law
    - United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
    - Clarisse Young    youngshumaker@smcounsel.com, levern@smcounsel.com

LA:4937-1771-1376.1 78512.001

2. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) January 15, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Judge's Copy – Overnight Mail**
Honorable Sandra R. Klein
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1582 / Courtroom 1575
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 1/15/2025 | Osamu Adler | /s/ Osamu Adler |
| Date | Printed Name | Signature |

LA:4937-1771-1376.1 78512.001