Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
Jeffrey P. Nolan (State Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067-4003
Telephone: 310.277.6910
Facsimile: 310.201.0760
Los Angeles, California 90067-4003
E-mail:   jdulberg@pszjlaw.com
                jlucas@pszjlaw.com
                jnolan@pszjlaw.com

Attorneys for Plaintiff, Bradley D. Sharp,
Chapter 11 Trustee



**FILED & ENTERED**

**FEB 07 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY penning   DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>Debtor. | Case No.: 23-10990-SK<br><br>Adv. Case No.: 2:24-ap-01167-SK<br><br>Chapter 11 |
| BRADLEY D. SHARP, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH KLEIN, aka KENNETH KOLEV KLEIN, aka KENNETH K. KLEIN, aka KEN KLEIN, an individual; SHOSHANA SHIFRA KLEIN, aka SHOSHANA KLEIN, aka SHOSHANA S. KLEIN, an individual,<br><br>Defendants. | **ORDER GRANTING MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS FOR RELIEF AGAINST DEFENDANTS KENNETH KLEIN AND SHOSHANA KLEIN**<br><br>Date:  February 5, 2025<br>Time:  9:00 a.m.<br>Place:  Courtroom 1575<br>            255 E. Temple Street<br>            Los Angeles, CA 90012 |

//

//

//

//

//

4898-0216-5782.5 78512.001                                      1

A hearing was held on February 5, 2025, at 9:00 a.m. in Courtroom 1575, 255 East Temple Street, Los Angeles, California 90012 before the Honorable Sandra R. Klein for the Court to consider and act upon the *Motion For Summary Judgment On All Claims for Relief Against Defendants Kenneth Klein and Shoshana Klein* (the "**Motion**") [Adv. Docket No. 47], filed by plaintiff, Bradley D. Sharp, as trustee (the "**Trustee**" or "**Plaintiff**") for the chapter 11 estate of Leslie Klein. Appearances were as noted on the record.

Based upon the record, the Motion, the Opposition to the Motion (the "**Opposition**") [Adv. Docket No. 63], the Reply to the Opposition (the "**Reply**") [Adv. Docket No. 81], and all of the pleadings filed in support of the Motion, Opposition, and Reply thereto; the arguments of counsel at the hearing; the findings made by the Court on the record of the hearing; and good cause appearing therefor; and for the reasons stated by the Court on the record of the hearing,

**IT IS HEREBY ORDERED:**

1. The Motion is GRANTED for all causes of action for the reasons stated by the Court on the record of the hearing.

2. The transfer of the real property described as Lot 22 of Tract No 8320 in the City of Los Angeles, as per Map recorded in Book 98, Pages 41 to 43 inclusive of Maps, in the Office of the County Recorder of Los Angeles County, California, commonly known as 306 North Highland Avenue, Los Angeles, CA, 90036, APN # 5524-037-011 (the "**Property**") is hereby avoided, pursuant to 11 U.S.C. § 544 and California Civil Code § 3439.04(a)(1) (First Claim for Relief) and California Civil Code § 3439.04(a)(2)(B) (Third Claim for Relief), as an actual fraudulent transfer and a constructive fraudulent transfer, respectively. Legal title to the Property is vested solely with the Plaintiff, Bradley D. Sharp, in his capacity as Trustee of the estate of Leslie Klein, as the Property is an asset of the Debtor's estate, recoverable pursuant to 11 U.S.C. § 550 and California Civil Code § 3439.07, et seq. (Second and Fourth Claims for Relief).

//
//
//

3. The grant deed of the Property, instrument #20210250012, as recorded on February 12, 2021, and filed in the official records of the Los Angeles County, California, as recorded for the Property and conveyed by the Debtor to the Defendants is avoided, and thereby vesting title to the Property in the bankruptcy estate of the Debtor, Leslie Klein, including with it all legal and equitable rights of ownership, including all authority to perform all acts as the property owner, or record any real property transfer forms memorializing the transfer of legal title of the Property to the Trustee.

4. The Bankruptcy Court shall retain exclusive jurisdiction to resolve any dispute arising from or relating to this Order.

### ###

Date: February 7, 2025

Sandra R. Klein
United States Bankruptcy Judge

4898-0216-5782.5 78512.001                                 3