Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
Jeffrey P. Nolan (State Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067-4003
Telephone: 310.277.6910
Facsimile: 310.201.0760
Los Angeles, California 90067-4003
E-mail:  jdulberg@pszjlaw.com
         jlucas@pszjlaw.com
         jnolan@pszjlaw.com

Attorneys for Plaintiff, Bradley D. Sharp,
Chapter 11 Trustee



FILED & ENTERED

FEB 07 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>Debtor.<br><br>BRADLEY D. SHARP, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH KLEIN, aka KENNETH KOLEV KLEIN, aka KENNETH K. KLEIN, aka KEN KLEIN, an individual; SHOSHANA SHIFRA KLEIN, aka SHOSHANA KLEIN, aka SHOSHANA S. KLEIN, an individual,<br><br>Defendants. | Case No.: 23-10990-SK<br><br>Adv. Case No.: 2:24-ap-01167-SK<br><br>Chapter 11<br><br>**ORDER DENYING CROSS-MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS FOR RELIEF BY DEFENDANTS KENNETH KLEIN AND SHOSHANA KLEIN**<br><br>Date:  February 5, 2025<br>Time:  9:00 a.m.<br>Place: Courtroom 1575<br>       255 E. Temple Street<br>       Los Angeles, CA 90012 |

A hearing was held on February 5, 2025, at 9:00 a.m. in Courtroom 1575, 255 East Temple Street, Los Angeles, California 90012 before the Honorable Sandra R. Klein for the Court to consider and act upon the Cross-Motion for Summary Judgment or, in the Alternative, Summary Adjudication [Adv. Docket No. 65] (the "**Cross-Motion**"), filed by Kenneth Klein and Shoshana Shifra Klein (the "**Defendants**").  Appearances were as noted on the record.

4932-2120-3223.1 78512.001

Based upon the record, the Cross-Motion, the Opposition to the Cross-Motion (the "**Opposition**") [Adv. Docket No. 87], the Reply to the Opposition (the "**Reply**") [Adv. Docket No. 94], and all of the pleadings filed in support of the Cross-Motion, Opposition, and Reply thereto; the arguments of counsel at the hearing; the findings made by the Court on the record of the hearing; and good cause appearing therefor; and for the reasons stated by the Court on the record of the hearing,

**IT IS HEREBY ORDERED:**

1. The Cross-Motion is DENIED.

2. The Bankruptcy Court shall retain exclusive jurisdiction to resolve any dispute arising from or relating to this Order.

# # #

Date: February 7, 2025

Sandra R. Klein
United States Bankruptcy Judge

4932-2120-3223.1 78512.001    2