SIMON ARON (State Bar No. 108183)
  saron@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 West Olympic Boulevard, 9th Floor
Los Angeles, California 90064-1582
Telephone:    (310) 478-4100
Facsimile:    (310) 479-1422

Attorneys for Defendants Kenneth Klein and
Shoshana Shifra Klein

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>Debtor. | Case No. 2:23-bk-10990-SK<br>Chapter 11<br><br>Adv No. 2:23-ap-01167-SK |
| BRADLEY D. SHARP, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH KLEIN and SHOSHANA SHIFRA KLEIN,<br><br>Defendants. | **APPELLANTS' AMENDED DESIGNATION OF RECORD ON APPEAL AND STATEMENT OF ISSUES RE: NOTICE OF APPEAL OF ORDER GRANTING MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS FOR RELIEF AND OF ORDER DENYING CROSS-MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS FOR RELIEF BY DEFENDANTS KENNETH KLEIN AND SHOSHANA KLEIN**<br><br>**[Docket Nos. 112, 113]**<br><br>Date:    February 5, 2025<br>Time:    9:00 a.m.<br>Crtrm.:    1575<br><br>Judge: Hon. Sandra R. Klein |

Defendants Kenneth and Shoshana Shifra Klein (the "**Appellants**") hereby respectfully submit their designation (the "**Designation**") of items to be included in the record on the appeal (the "**Appeal**") from the Order Granting the Cross-Motion for Summary Judgment or, in the Alternative, Summary Adjudication filed by plaintiff Bradley D. Sharp, as trustee ("**Respondent**") against Appellants [Docket No. 112] (the "**Order Granting**") and Order Denying the Cross-

6571918.1

APPELLANT'S AMENDED DESIGNATION OF RECORD ON APPEAL AND STATEMENT OF ISSUES RE:
NOTICE OF APPEAL DENYING CROSS-MOTION FOR SUMMARY JUDGMENT/SUMMARY
ADJUDICATION

Motion for Summary Judgment or, in the Alternative, Summary Adjudication filed by Appellants and against Respondent [Docket No. 113] (the "**Order Denying**"), entered in the above-captioned adversary proceeding, and Appellants' statement of issues ("**Statement of Issues**").

## APPELLANTS' DESIGNATION

1. First Amended Complaint for Avoidance and Recovery of Fraudulent Transfer [Docket No. 21];

2. Defendants Kenneth Klein and Shoshana Shrifa Klein's Answer to First Amended Complaint [Docket No. 27];

3. Notice of Motion and Plaintiff Bradley D. Sharp, Chapter 11 Trustee's Motion for Summary Judgment, or in the Alternative, Summary Adjudication as Against Defendants Kenneth Klein and Shoshana Klein [Dockt No. 47];

4. Joint Statement of Uncontroverted Facts in Support of Plaintiff's Motion for Summary Judgment or, in the Alternative, Summary Adjudication; Plaintiff's Additional Statement of Facts [Docket No. 48];

5. Plaintiff's Additional Statement of Uncontroverted Facts in Support of Plaintiff's Motion for Summary Judgment or, in the Alternative, Summary Adjudication [Docket No. 49];

6. Declaration of Nicholas R. Troszak in Support of Plaintiff's Motion for Summary Judgment or, in the Alternative, Summary Adjudication as Against Defendants Ken Klein and Shoshanna Klein [Docket No. 50];

7. Affidavit of Paul Shields, in Support of Plaintiff's Motion for Summary Judgment or, in the Alternative, Summary Adjudication [Docket No. 51];

8. Declaration of Jeffrey P. Nolan in Support of Plaintiff's Motion for Summary Judgment or, in the Alternative, Summary Adjudication as Against Defendants Ken Klein and Shoshanna Klein [Docket No. 52];

9. Request for Judicial Notice in Support of Plaintiff's Motion for Summary Judgment or, in the Alternative, Summary Adjudication as Against Defendants Ken Klein and Shoshanna Klein [Docket No. 53];

10. Notice of Hearing on Motion of Bradley D. Sharp, Chapter 11 Trustee, for

Summary Judgment, or in the Alternative, Summary Adjudication against Defendants Kenneth Klein and Shoshana Klein [Docket No. 56];

11. Defendants' Opposition to Motion for Summary Judgment or, in the Alternative, Summary Adjudication [Docket No. 63];

12. Defendants' Evidentiary Objections and Objections to Declarations [Docket No. 64];

13. Defendants' Cross-Motion for Summary Judgment or, in the Alternative, Summary Adjudication [Docket No. 65];

14. Defendants' Additional Statement of Uncontroverted Facts in Support of Defendants' (1) Opposition to Plaintiff Bradley D. Sharp, Chapter 11 Trustee's Motion for Summary Judgment or, in the Alternative, Summary Adjudication, and (2) Cross-Motion for Summary Judgment or, in the Alternative, Summary Adjudication [Docket No. 66];

15. Declaration of Abraham J. Colman in Support of Defendants' (1) Opposition to Plaintiff Bradley D. Sharp, Chapter 11 Trustee's Motion for Summary Judgment or, in the Alternative, Summary Adjudication, and (2) Cross-Motion for Summary Judgment or, in the Alternative, Summary Adjudication [Docket No. 67];

16. Declaration of John Narcise in Support of Defendants' (1) Opposition to Plaintiff Bradley D. Sharp, Chapter 11 Trustee's Motion for Summary Judgment or, in the Alternative, Summary Adjudication, and (2) Cross-Motion for Summary Judgment or, in the Alternative, Summary Adjudication [Docket No. 68];

17. Declaration of Kenneth Klein in Support of Defendants' (1) Opposition to Plaintiff Bradley D. Sharp, Chapter 11 Trustee's Motion for Summary Judgment or, in the Alternative, Summary Adjudication, and (2) Cross-Motion for Summary Judgment or, in the Alternative, Summary Adjudication [Docket No. 69];

18. Declaration of Leah Stern in Support of Defendants' (1) Opposition to Plaintiff Bradley D. Sharp, Chapter 11 Trustee's Motion for Summary Judgment or, in the Alternative, Summary Adjudication, and (2) Cross-Motion for Summary Judgment or, in the Alternative, Summary Adjudication [Docket No. 70];

19. Declaration of Sheri Beinstock in Support of Defendants' (1) Opposition to Plaintiff Bradley D. Sharp, Chapter 11 Trustee's Motion for Summary Judgment or, in the Alternative, Summary Adjudication, and (2) Cross-Motion for Summary Judgment or, in the Alternative, Summary Adjudication [Docket No. 71];

20. Declaration of Shoshana Klein in Support of Defendants' (1) Opposition to Plaintiff Bradley D. Sharp, Chapter 11 Trustee's Motion for Summary Judgment or, in the Alternative, Summary Adjudication, and (2) Cross-Motion for Summary Judgment or, in the Alternative, Summary Adjudication [Docket No. 72];

21. Declaration of Simon Aron in Support of Defendants' (1) Opposition to Plaintiff Bradley D. Sharp, Chapter 11 Trustee's Motion for Summary Judgment or, in the Alternative, Summary Adjudication, and (2) Cross-Motion for Summary Judgment or, in the Alternative, Summary Adjudication [Docket No. 73];

22. Request for Judicial Notice in Support of Defendants' (1) Opposition to Plaintiff Bradley D. Sharp, Chapter 11 Trustee's Motion for Summary Judgment or, in the Alternative, Summary Adjudication, and (2) Cross-Motion for Summary Judgment or, in the Alternative, Summary Adjudication [Docket No. 74];

23. Notice of Scheduling Order re: Defendants' Cross-Motion for Summary Judgment or, in the Alternative, Summary Adjudication [Docket No. 79];

24. Reply to Defendants' Opposition to Plaintiff's Motion for Summary Judgment, or in the Alternative, Summary Adjudication as against Defendants Kenneth Klein and Shoshana Klein [Docket No. 81];

25. Reply in Support of Plaintiff's Additional Statement of Facts in Support of Plaintiff's Motion for Summary Judgment, or in the Alternative, Summary Adjudication [Docket No. 82];

26. Reply to Defendants' Evidentiary Objections to Declarations in Support of Plaintiff's Motion for Summary Judgment, or in the Alternative, Summary Adjudication [Docket No. 83];

27. Second Declaration of Jeffrey P. Nolan in Support of: (1) Plaintiff's Motion for

Summary Judgment and Request to Strike Portions of the Declarations of Kenneth Klein and Shoshana Klein, (2) Plaintiff's Opposition to Defendants' Cross-Motion for Summary Judgment, or in the Alternative, Summary Adjudication [Docket No. 84];

28. Second Request for Judicial Notice in Support of Plaintiff's Motion for Summary Judgment, or in the Alternative, Summary Adjudication; Opposition to Defendants' Cross-Motion [Docket No. 85];

29. Notice of Errata to (1) Declaration of Paul Shields and (2) Request for Judicial Notice in Support of Motion for Summary Judgment, or in the Alternative, Summary Adjudication [Docket No. 86];

30. Plaintiff's Opposition to Defendants' Cross-Motion for Summary Judgment or, in the Alternative, Summary Adjudication [Docket No. 87];

31. Plaintiff's Opposition to Defendants' Additional Statement of Uncontroverted Facts in Support of Defendants' Cross-Motion for Summary Judgment or, in the Alternative, Summary Adjudication [Docket No. 88];

32. Objections and Request to Strike Portions of the Declarations of Abraham J. Colman Submitted in Opposition to Plaintiff's Motion for Summary Judgment, or in the Alternative, Summary Adjudication; Opposition to Defendants' Cross-Motion [Docket No. 89];

33. Objections and Request to Strike Portions of the Declaration of Kenneth Klein Submitted in Opposition to Plaintiff's Motion for Summary Judgment, or in the Alternative, Summary Adjudication; Opposition to Defendants' Cross-Motion [Docket No. 90];

34. Objections and Request to Strike Portions of the Declaration of Sheri Beinstock Submitted in Opposition to Plaintiff's Motion for Summary Judgment, or in the Alternative, Summary Adjudication; Opposition to Defendants' Cross-Motion [Docket No. 91];

35. Objections and Request to Strike Portions of the Declaration of Shoshana Klein Submitted in Opposition to Plaintiff's Motion for Summary Judgment, or in the Alternative, Summary Adjudication; Opposition to Defendants' Cross-Motion [Docket No. 92];

36. Defendants' Reply to Plaintiff's Opposition to Cross-Motion for Summary Judgment or, in the Alternative, Summary Adjudication [Docket No. 94];

37. Defendants' Reply to Objections to Additional Statement of Uncontroverted Facts in Support of Defendants' (1) Opposition to Plaintiff Bradley D. Sharp, Chapter 11 Trustee's Motion for Summary Judgment or, in the Alternative, Summary Adjudication, and (2) Cross-Motion for Summary Judgment or, in the Alternative, Summary Adjudication [Docket No. 95];

38. Defendants' Response to Evidentiary Objections and Motions to Strike Declarations [Docket No. 96];

39. Second Declaration of Abraham J. Colman in Support of Defendants' (1) Opposition to Plaintiff Bradley D. Sharp, Chapter 11 Trustee's Motion for Summary Judgment or, in the Alternative, Summary Adjudication, and (2) Cross-Motion for Summary Judgment or, in the Alternative, Summary Adjudication [Docket No. 97];

40. Second Declaration of Kenneth Klein in Support of Defendants' (1) Opposition to Plaintiff Bradley D. Sharp, Chapter 11 Trustee's Motion for Summary Judgment or, in the Alternative, Summary Adjudication, and (2) Cross-Motion for Summary Judgment or, in the Alternative, Summary Adjudication [Docket No. 98];

41. Second Declaration of Shoshana Klein in Support of Defendants' (1) Opposition to Plaintiff Bradley D. Sharp, Chapter 11 Trustee's Motion for Summary Judgment or, in the Alternative, Summary Adjudication, and (2) Cross-Motion for Summary Judgment or, in the Alternative, Summary Adjudication [Docket No. 99];

42. Second Declaration of Simon Aron in Support of Defendants' (1) Opposition to Plaintiff Bradley D. Sharp, Chapter 11 Trustee's Motion for Summary Judgment or, in the Alternative, Summary Adjudication, and (2) Cross-Motion for Summary Judgment or, in the Alternative, Summary Adjudication [Docket No. 100];

43. Amended Second Declaration of Kenneth Klein in Support of Defendants' (1) Opposition to Plaintiff Bradley D. Sharp, Chapter 11 Trustee's Motion for Summary Judgment or, in the Alternative, Summary Adjudication, and (2) Cross-Motion for Summary Judgment or, in the Alternative, Summary Adjudication [Docket No. 102];

44. Objection and Request to Strike Second Declaration of Shoshana Klein Submitted in Opposition to Plaintiff's Motion for Summary Judgment and Defendants' Cross-Motion

[Docket No. 103];

45. Objection and Request to Strike Second Amended Declaration of Kenneth Klein Submitted in Opposition to Plaintiff's Motion for Summary Judgment, and Defendants' Cross-Motion [Docket No. 104];

46. Third Declaration of Jeffrey P. Nolan in Support of Plaintiff's Request to Strike Portions of the (1) Amended Second Declaration of Kenneth Klein, and (2) Second Declaration of Shoshana Klein, in Support of Plaintiff's Motion for Summary Judgment, and in Opposition to Defendants' Cross Motion for Summary Judgment [Docket No. 105];

47. Objections and Request to Strike Portions of the Second Declaration of Abraham J. Colman Submitted in Opposition to Plaintiff's Motion for Summary Judgment; and in Opposition to Defendants' Cross-Motion [Docket No. 106];

48. Defendants' Request to Strike Unauthorized and Untimely Additional Pleadings and Evidence Submitted by Plaintiff in Support of Plaintiff's Motion for Summary Judgment and in Opposition to Defendants' Cross- Motion  [Docket No. 108];

49. Order Granting Motion for Summary Judgment on all Claims for Relief by Plaintiff Bradley D. Sharp, Chapter 11 Trustee [Docket No. 112]; and

50. Order Denying Cross-Motion for Summary Judgment on all Claims for Relief by Defendants Kenneth Klein and Shoshana Klein [Docket No. 113].

**APPELLANTS' STATEMENT OF ISSUES**

1. Did the Bankruptcy Court err in granting Respondent's Motion for Summary Judgment or, in the Alternative, Summary Adjudication ("**Respondent's Motion**")?

2. Did the Bankruptcy Court err in finding that there were no genuine issues of material fact remaining in granting Respondent's Motion as to Respondent's First Claim for Relief?

3. Did the Bankruptcy Court err in finding that there were no genuine issues of material fact remaining in granting Respondent's Motion as to Respondent's Second Claim for Relief?

4. Did the Bankruptcy Court err in finding that there were no genuine issues of

material fact remaining in granting Respondent's Motion as to Respondent's Third Claim for Relief?

5. Did the Bankruptcy Court err in finding that there were no genuine issues of material fact remaining in granting Respondent's Motion as to Respondent's Fourth Claim for Relief?

6. Did the Bankruptcy Court err in finding that there were no genuine issues of material fact remaining in determining that the transfer to Appellants was voidable notwithstanding California Civil Code § 3439.08;

7. Did the Bankruptcy Court err in finding that there were no genuine issues of material fact remaining in determining that Appellants did not take the transfer in good faith;

8. Did the Bankruptcy Court err in finding that there were no genuine issues of material fact remaining in determining that Appellants did not give reasonably equivalent value for the transfer;

9. Did the Bankruptcy Court err in admitting and relying upon the contents of pleadings, orders and documents admitted solely based upon Federal Rule of Evidence 201 in support of the Order Granting?

10. Did the Bankruptcy Court err in admitting and relying upon the contents of pleadings, orders and documents admitted solely based upon Federal Rule of Evidence 201 in support of the Order Denying?

11. Did the Bankruptcy Court err in admitting and relying upon evidence from the Declarations of Nicholas R. Troszak, Paul Shields and/or Jeffrey P. Nolan in support of the Order Granting?

12. Did the Bankruptcy Court err in sustaining the evidentiary objection to Paragraph 2 of the Declaration of Abraham J. Coleman?

13. Did the Bankruptcy Court err in not considering any of the pleadings, declarations and other evidence submitted in connection with Respondent's Cross-Motion Motion for Summary Judgment or, in the Alternative, Summary Adjudication ("**Appellant's Motion**")?

/ / /

14. Did the Bankruptcy Court err in denying Appellant's Motion in its entirety?

DATED: March 10, 2025

WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP

By: _____
SIMON ARON
Attorneys for Appellants, Kenneth Klein and Shoshana Shifra Klein

6571918.1                                -9-

APPELLANT'S AMENDED DESIGNATION OF RECORD ON APPEAL AND STATEMENT OF ISSUES RE: NOTICE OF APPEAL DENYING CROSS-MOTION FOR SUMMARY JUDGMENT/SUMMARY ADJUDICATION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

11400 W. Olympic Blvd., 9th Floor, Los Angeles, CA 90064

A true and correct copy of the foregoing document entitled (*specify*):

**APPELLANTS' AMENDED DESIGNATION OF RECORD ON APPEAL AND STATEMENT OF ISSUES RE: NOTICE OF APPEAL OF ORDER GRANTING MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS FOR RELIEF AND OF ORDER DENYING CROSS-MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS FOR RELIEF BY DEFENDANTS KENNETH KLEIN AND SHOSHANA KLEIN [Docket Nos. 112, 113]**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 10, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Simon Aron**   saron@wrslawyers.com, moster@wrslawyers.com;jlee@wrslawyers.com
- **Reem J Bello**   rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Jeffrey W Dulberg**   jdulberg@pszjlaw.com
- **Robert P Goe**   kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Michael I. Gottfried**   mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com,tparizad@elkinskalt.com
- **Jeffrey P Nolan**   jnolan@pszjlaw.com
- **Nikko Salvatore Stevens**   nikko@cym.law, karen@cym.law
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Clarisse Young**   youngshumaker@smcounsel.com, levern@smcounsel.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 10, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 10, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COPY – Via Overnight Mail**
Honorable Sandra R. Klein
United States Bankruptcy Court
Central District of California
Edward E. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1582 / Courtroom 1575
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 10, 2025 | John Narcise | /s/ John Narcise |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

3820686.1   This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                                    **F 9013-3.1.PROOF.SERVICE**