Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
Jeffrey P. Nolan (State Bar No.158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile: 310-201-0760
E-mail:  jdulberg@pszjlaw.com
         jlucas@pszjlaw.com
         jnolan@pszjlaw.com

Attorneys for Plaintiff, Bradley D. Sharp,
Chapter 11 Trustee

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 23-01990-NB |
| LESLIE KLEIN, | Chapter 11 |
| Debtor. | Adv No. 23-01167-NB |
| BRADLEY D. SHARP, Chapter 11 Trustee, | **APPELLEE'S SUPPLEMENTAL DESIGNATION OF RECORD OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD RE: NOTICE OF APPEAL** |
| Plaintiff, | |
| v. | |
| KENNETH KLEIN aka KENNETH KOLEV KLEIN aka KENNETH K. KLEIN aka KEN KLEIN, an individual; SHOSHANA SHIFRA KLEIN, aka SHOSHANA KLEIN, aka SHOSHANA S. KLEIN, an individual, | Judge:    Hon. Neil W. Bason |
| Defendant. | |

Plaintiff, Bradley D. Sharp, Chapter 11 Trustee (the "**Appellee**") hereby submits

*Appellee's Supplemental Designation Of The Record Of Additional Items To Be Included In The*

*Record Re: Notice Of Appeal* Of Order Granting Motion For Summary Judgment On All Claims

For Relief And Of Order Denying Cross-Motion For Summary Judgment On All Claims For

Relief By Defendants Kenneth Klein and Shoshana Klein (the "**Supplemental Designation**"), as follows:

<u>**APPELLEE'S SUPPLEMENTAL DESIGNATIONS OF THE RECORD**</u>

1.      Scheduling Order [Docket No. 39].

2.      Stipulation Extending Deadline to File Dispositive Motions [Docket No. 41].

3.      Order on Stipulation to Continue Dispositive Motion Filing Deadline [Docket No. 42].

4.      Second Stipulation Extending Deadline For Filing Dispositive Motions [Docket No. 44].

5.      Order On Second Stipulation To Continue Dispositive Motion Deadline [Docket No. 45].

6.      Scheduling Order Re Motion for Summary Judgment [Docket No. 55].

7.      Stipulation To Continue Hearing And Briefing Deadlines On Scheduling Order Re: Motion For Summary Judgment [Docket No. 59].

8.      Defendants' Supplemental Statement Re: Stipulation To Continue Hearing And Briefing Deadlines On Scheduling Order Re: Motion For Summary Judgment [Docket No. 59] [Docket No. 60].

9.      Order Continuing Hearing And Related Dates For Motions For Summary Judgment [Docket No. 61].

10.      Scheduling Order Re: Defendants' Cross-Motion For Summary Judgment Or, In The Alternative, Summary Adjudication [Docket No. 77].

Pachulski Stang Ziehl & Jones LLP
Attorneys at Law
Los Angeles, California

11.    Reporter's Transcript Of February 5, 2025, Hearing Re; Chapter 11 Trustee's Motion For Summary Judgment Or, In The Alternative Summary Adjudication Against Defendants; Hearing RE: Defendant's Motion For Summary Judgment Or, In The Alternative Summary Adjudication; and Status Conference Re: Amended Complaint And Recovery Of Fraudulent Transfer.

Dated:  March 14, 2025                    PACHULSKI STANG ZIEHL & JONES LLP

By    */s/ Jeffrey P. Nolan*
         Jeffrey W. Dulberg
         John W. Lucas
         Jeffrey P. Nolan

         Attorneys for Plaintiff, Bradley D. Sharp,
         Chapter 11 Trustee

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**