Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
Jeffrey P. Nolan (State Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Telephone: 310.277.6910
Facsimile: 310.201.0760
Los Angeles, California 90067-4003
E-mail:  jdulberg@pszjlaw.com
         jlucas@pszjlaw.com
         jnolan@pszjlaw.com

Attorneys for Plaintiff, Bradley D. Sharp,
Chapter 11 Trustee

**FILED & ENTERED**

**JUL 24 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ghaltchi   DEPUTY CLERK

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>    Debtor.<br><br>BRADLEY D. SHARP, Chapter 11 Trustee,<br><br>    Plaintiff,<br><br>v.<br><br>KENNETH KLEIN aka KENNETH KOLEV KLEIN aka KENNETH K. KLEIN aka KEN KLEIN, an individual; SHOSHANA SHIFRA KLEIN, aka SHOSHANA KLEIN, aka SHOSHANA S. KLEIN, an individual,<br><br>    Defendants. | Case No.: 23-10990-NB<br><br>Adv. Case No.: 2:23-ap-01167-NB<br><br>Chapter 11<br><br>**ORDER PURSUANT TO COURT-APPROVED SETTLEMENT AGREEMENT VACATING (1) ORDER GRANTING MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS FOR RELIEF AGAINST DEFENDANTS KENNETH KLEIN AND SHOSHANA KLEIN AND (2) ORDER DENYING CROSS-MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS FOR RELIEF BY DEFENDANTS KENNETH KLEIN AND SHOSHANA KLEIN**<br><br>[Relates to Docket Nos. 112 and 113] |

4930-9616-7767.1 78512.001

The Court, having read and considered the *Notice of Vacating of Orders Pursuant to Court Approved Settlement Agreement* (the "**Notice**")[1] [Adv. Docket No. 135], filed by plaintiff, Bradley D. Sharp, as trustee for the Chapter 11 estate of Leslie Klein; and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Notice satisfies the term of the Settlement Agreement requiring the Trustee to request that the Court vacate the Orders.

2. The *Order Granting Motion for Summary Judgment on All Claims for Relief Against Defendants Kenneth Klein and Shoshana Klein* [Adv. Docket No. 112], entered on February 7, 2025, is vacated.

3. *The Order Denying Cross-Motion for Summary Judgment on All Claims for Relief By Defendants Kenneth Klein and Shoshana Klein* [Adv. Docket No. 113], entered on February 7, 2025, is vacated.

### ###

Date: July 24, 2025

Neil W. Bason
United States Bankruptcy Judge

---

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Notice.

4930-9616-7767.1 78512.001         2