**FILED**

AUG 8 2025

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE NINTH CIRCUIT

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br>                 Debtor.<br><br>SHOSHANA SHIFRA KLEIN;<br>KENNETH KLEIN,<br>                 Appellants,<br><br>v.<br><br>BRADLEY D. SHARP, Chapter 11 Trustee,<br>                 Appellee. | BAP No. CC-25-1027<br><br>Bk. No. 2:23-bk-10990-SK<br><br>Adv. No. 2:23-ap-01167-SK<br><br><br>**ORDER DISMISSING APPEAL** |

Before: GAN, LAFFERTY, and SPRAKER, Bankruptcy Judges.

On July 24, 2025, the parties filed a stipulation to dismiss the appeal.

The Panel will treat the stipulation as a joint motion to dismiss the appeal. *See* Fed. R. Bankr. P. 8023.

The motion is GRANTED, and this appeal is ORDERED DISMISSED. Each party must bear its own fees and costs on appeal.



BANKRUPTCY APPELLATE PANEL
OF THE NINTH CIRCUIT
A True Copy
Attest:
Susan M. Spraul, Clerk
by Deputy Clerk
DATE: 8/29/2025