Jeffrey W. Dulberg (CA Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
jdulberg@pszjlaw.com
jlucas@pszjlaw.com

Attorneys for Plaintiff, Bradley D. Sharp,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>    Debtor.<br><br>BRADLEY D. SHARP, Chapter 11 Trustee,<br><br>    Plaintiff,<br><br>      v.<br><br>KENNETH KLEIN aka KENNETH KOLEV KLEIN aka KENNETH K. KLEIN aka KEN KLEIN, an individual; SHOSHANA SHIFRA KLEIN, aka SHOSHANA KLEIN, aka SHOSHANA S. KLEIN, an individual,<br><br>    Defendant. | Case No. 2:23-bk-01990-NB<br><br>Chapter 11<br><br>Adversary No. 2:23-ap-01167-NB<br><br>**STIPULATION TO DISMISS ADVERSARY COMPLAINT**<br><br>Date:  December 2, 2025<br>Time:  2:00 p.m.<br>Place: 255 E. Temple Street<br>           Los Angeles, CA 90012<br>Ctrm:  1545<br><br>Judge: Honorable Neil W. Bason |

Bradley D. Sharp (the "**Trustee**"), the duly appointed trustee for the chapter 11 estate of Leslie Klein ("**Plaintiff**") and defendants Kenneth Klein and Shoshana Shrifa Klein (the "**Defendants**", and together with Plaintiff, the "**Parties**") by and through their respective attorneys, agree and stipulate as follows:

4900-7848-5612.1 78512.001

**RECITALS**

A.    On February 7, 2025, summary judgment was granted in favor of the Trustee on all counts and against the Defendants (the "**Summary Judgment Order**") [Adv. Docket No. 112].

B.    On February 18, 2025, the Defendants appealed the Summary Judgment Order (the "**Appeal**") [Adv. Docket No. 119] to the Bankruptcy Appellate Panel (BAP Case No. 25-1027). The Appeal was tolled while the Parties engaged in discussions which ultimately resulted in a settlement (the "**Settlement**").

C.    On July 16, 2026, the Court entered an order to approve the Settlement. [Lead Case Docket No. 1174].

D.    The Settlement is fully effectuated and Defendants have timely delivered all consideration due under the settlement agreement.

E.    The Summary Judgment Order has been vacated [Adv. Docket No. 137], and the Appeal has been dismissed (BAP Case No. 25-1027, Docket No. 12).

**STIPULATION**

1.    The Parties stipulate to dismissal of this adversary proceeding with prejudice in accordance with the terms of the Settlement.

DATED: September 24, 2025    Respectfully submitted,

PACHULSKI STANG ZIEHL & JONES LLP

By: /s/ Jeffrey W. Dulberg

Attorneys for Bradley D. Sharp, Chapter 11 Trustee

DATED: September 24, 2025    WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

By: Simon Aron

Attorneys for Defendants Kenneth Klein and Shoshana Klein

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*):  **STIPULATION TO DISMISS ADVERSARY COMPLAINT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 24, 2025,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Simon Aron**    saron@wrslawyers.com, moster@wrslawyers.com
- **Reem J Bello**    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Jeffrey W Dulberg**    jdulberg@pszjlaw.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Michael I. Gottfried**    mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
- **Jeffrey P Nolan**    jnolan@pszjlaw.com
- **Nikko Salvatore Stevens**    nikko@cym.law, mandi@cym.law
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Clarisse Young**    youngshumaker@smcounsel.com, levern@smcounsel.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 24, 2025 | Nancy H. Brown | /s/ Nancy H. Brown |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

LA:4877-2098-3517.1 78512.001