| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Jeffrey W. Dulberg (CA Bar No. 181200)<br>John W. Lucas (CA Bar No. 271038)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California  90067<br>Telephone: 310/277-6910<br>Facsimile:  310/201-0760<br>E-mail:  jdulberg@pszjlaw.com<br>            jlucas@pszjlaw.com<br><br>☐  Individual *appearing without an attorney*<br>☒  **Attorney for** Bradley D. Sharp, Chapter 11 Trustee | **FOR COURT USE ONLY** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>    LESLIE KLEIN,<br><br>                               Debtor(s) | CASE NO.:  2:23-bk-10990-NB<br>CHAPTER: 11<br>Adv. Case No.: 2:23-ap-01167-NB |
|---|---|
| BRADLEY D. SHARP, Chapter 11 Trustee,<br><br>        Plaintiff,<br><br>v.<br><br>KENNETH KLEIN aka KENNETH KOLEV KLEIN aka KENNETH K. KLEIN aka KEN KLEIN, an individual; SHOSHANA SHIFRA KLEIN, aka SHOSHANA KLEIN, aka SHOSHANA S. KLEIN, an individual,<br><br>        Defendants. | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1])<br>**STIPULATION TO DISMISS ADVERSARY COMPLAINT** |

PLEASE TAKE NOTE that the order titled **ORDER APPROVING STIPULATION TO DISMISS ADVERSARY COMPLAINT** was lodged on (*date*) September 24, 2025 and is attached. This order relates to the Stipulation which is docket number  142  .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                Page 1                                **F 9021-1.2.BK.NOTICE.LODGMENT**
4935-0562-9036.1 78512.001

Jeffrey W. Dulberg (CA Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
jdulberg@pszjlaw.com
jlucas@pszjlaw.com

Attorneys for Plaintiff, Bradley D. Sharp,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>Debtor. | Case No. 2:23-bk-01990-NB<br><br>Chapter 11<br><br>Adversary No. 2:23-ap-01167-NB |
| BRADLEY D. SHARP, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH KLEIN aka KENNETH KOLEV KLEIN aka KENNETH K. KLEIN aka KEN KLEIN, an individual; SHOSHANA SHIFRA KLEIN, aka SHOSHANA KLEIN, aka SHOSHANA S. KLEIN, an individual,<br><br>Defendant. | **ORDER APPROVING STIPULATION TO DISMISS ADVERSARY COMPLAINT**<br><br>Date:  December 2, 2025<br>Time:  2:00 p.m.<br>Place:  255 E. Temple Street<br>          Los Angeles, CA 90012<br>Ctrm:  1545<br><br>Judge:  Honorable Neil W. Bason |

The Court, having read and considered the *Stipulation to Dismiss Adversary Complaint* [Docket No. 142] (the "Stipulation")[1]; and for good cause shown,

**IT IS ORDERED**:

---

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Stipulation.

4904-8651-5564.1 78512.001

1. The Stipulation is **APPROVED**.

2. The above-captioned adversary Complaint is dismissed with prejudice in accordance with the terms of the Settlement.

# # #

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Boulevard, Suite 1300, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 24, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Simon Aron**    saron@wrslawyers.com, moster@wrslawyers.com
- **Reem J Bello**    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Jeffrey W Dulberg**    jdulberg@pszjlaw.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Michael I. Gottfried**    mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
- **Jeffrey P Nolan**    jnolan@pszjlaw.com
- **Nikko Salvatore Stevens**    nikko@cym.law, mandi@cym.law
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Clarisse Young**    youngshumaker@smcounsel.com, levern@smcounsel.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 24, 2025 | Nancy H. Brown | /s/ Nancy H. Brown |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                Page 1                **F 9021-1.2.BK.NOTICE.LODGMENT**
4935-0562-9036.1 78512.001