Jeffrey W. Dulberg (CA Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
jdulberg@pszjlaw.com
jlucas@pszjlaw.com

Attorneys for Plaintiff, Bradley D. Sharp,
Chapter 11 Trustee

**FILED & ENTERED**

**SEP 25 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY llewis    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>Debtor. | Case No. 2:23-bk-01990-NB<br><br>Chapter 11<br><br>Adversary No. 2:23-ap-01167-NB |
| BRADLEY D. SHARP, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH KLEIN aka KENNETH KOLEV KLEIN aka KENNETH K. KLEIN aka KEN KLEIN, an individual; SHOSHANA SHIFRA KLEIN, aka SHOSHANA KLEIN, aka SHOSHANA S. KLEIN, an individual,<br><br>Defendant. | **ORDER APPROVING STIPULATION TO DISMISS ADVERSARY COMPLAINT**<br><br>Date:    December 2, 2025<br>Time:   2:00 p.m.<br>Place:  255 E. Temple Street<br>             Los Angeles, CA 90012<br>Ctrm:   1545<br><br>Judge:  Honorable Neil W. Bason |

The Court, having read and considered the *Stipulation to Dismiss Adversary Complaint* [Docket No. 142] (the "Stipulation")[1]; and for good cause shown,

**IT IS ORDERED**:

---

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Stipulation.

4904-8651-5564.1 78512.001

1.  The Stipulation is **APPROVED**.

2.  The above-captioned adversary Complaint is dismissed with prejudice in accordance with the terms of the Settlement.

### #

Date: September 25, 2025

Neil W. Bason
United States Bankruptcy Judge