United States Bankruptcy Court

Central District of California

Sharp,

    Plaintiff

Adv. Proc. No. 23-01167-NB

Klein,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 25, 2025 | Form ID: pdf031 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | Goe Forsythe & Hodges LLP, 17701 Cowan, Suite 210, Irvine, CA 92614-6840 |
| intp | + | Kogan Law Firm, APC, Kogan Law Firm, APC, 11500 W. Olympic Blvd., Suite 400, Los Angeles,, CA 90064, UNITED STATES 90064-1525 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | | Bradley D. Sharp |
| intp | | Courtesy NEF |
| dft | | Kenneth Klein |
| dft | | Kenneth Kolev Klein |
| dft | | Shoshana Shrifa Klein |

TOTAL: 5 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2025               Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clarisse Young | |
| | on behalf of Interested Party Courtesy NEF youngshumaker@smcounsel.com  levern@smcounsel.com |
| Jeffrey P Nolan | |

District/off: 0973-2                          User: admin                                    Page 2 of 2
Date Rcvd: Sep 25, 2025                    Form ID: pdf031                              Total Noticed: 2

on behalf of Plaintiff Bradley D. Sharp jnolan@pszjlaw.com

Jeffrey W Dulberg

on behalf of Plaintiff Bradley D. Sharp jdulberg@pszjlaw.com

Michael I. Gottfried

on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com
lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com

Nikko Salvatore Stevens

on behalf of Interested Party Courtesy NEF nikko@cym.law  eService@cym.law,karen@cym.law,aileen@cym.law

Reem J Bello

on behalf of Interested Party Goe Forsythe & Hodges LLP rbello@goeforlaw.com  kmurphy@goeforlaw.com

Robert P Goe

on behalf of Interested Party Goe Forsythe & Hodges LLP rgoe@goeforlaw.com
kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Simon Aron

on behalf of Defendant Kenneth Klein saron@wrslawyers.com  moster@wrslawyers.com;jlee@wrslawyers.com

Simon Aron

on behalf of Defendant Shoshana Shrifa Klein saron@wrslawyers.com  moster@wrslawyers.com;jlee@wrslawyers.com

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov


TOTAL: 10

1  Jeffrey W. Dulberg (CA Bar No. 181200)
   John W. Lucas (State Bar No. 271038)
2  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 13th Floor
3  Los Angeles, California 90067-4003
   Telephone: 310-277-6910
4  Facsimile: 310-201-0760
   jdulberg@pszjlaw.com
5  jlucas@pszjlaw.com

6  Attorneys for Plaintiff, Bradley D. Sharp,
   Chapter 11 Trustee

7

**FILED & ENTERED**

**SEP 25 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY llewis      DEPUTY CLERK**

8                    **UNITED STATES BANKRUPTCY COURT**

9                      **CENTRAL DISTRICT OF CALIFORNIA**

10                         **LOS ANGELES DIVISION**

11  In re                                    Case No. 2:23-bk-01990-NB

12  LESLIE KLEIN,                            Chapter 11

13            Debtor.                        Adversary No. 2:23-ap-01167-NB

14  ───────────────────────────             **ORDER APPROVING STIPULATION TO**
                                            **DISMISS ADVERSARY COMPLAINT**
15  BRADLEY D. SHARP, Chapter 11 Trustee,

16            Plaintiff,                     Date:   December 2, 2025
                                            Time:   2:00 p.m.
17       v.                                 Place:  255 E. Temple Street
                                                    Los Angeles, CA 90012
18  KENNETH KLEIN aka KENNETH KOLEV         Ctrm:   1545
    KLEIN aka KENNETH K. KLEIN aka KEN
19  KLEIN, an individual; SHOSHANA SHIFRA   Judge:  Honorable Neil W. Bason
    KLEIN, aka SHOSHANA KLEIN, aka
20  SHOSHANA S. KLEIN, an individual,

21            Defendant.

22  ───────────────────────────

23       The Court, having read and considered the *Stipulation to Dismiss Adversary Complaint*

24  [Docket No. 142] (the "Stipulation")[1]; and for good cause shown,

25       **IT IS ORDERED**:

26

27  ─────────────────────────

28  [1]  Capitalized terms not defined herein shall have the same meaning ascribed to them in the Stipulation.

4904-8651-5564.1 78512.001

1.    The Stipulation is **APPROVED**.

2.    The above-captioned adversary Complaint is dismissed with prejudice in accordance with the terms of the Settlement.

# # #

Date: September 25, 2025

Neil W. Bason
United States Bankruptcy Judge

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4904-8651-5564.1 78512.001                    2